# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 07-1808 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CONNIE H. GARSEE | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff the United States of America's Motion for Summary Judgment [Doc. No. 5] is GRANTED, and Judgment is entered in favor of Plaintiff and against Defendant, Connie H. Garsee, *in personam*, for (1) the outstanding principal sum of $106,119.64 plus interest of $51,252.22 accrued through September 11, 2007; (2) additional pre-judgment interest of $23.97 accruing daily after September 11, 2007, until the date of this Judgment; (3) post-judgment interest at the rate computed pursuant to 28 U.S.C. § 1961(a) from the date of this Judgment until paid, to be compounded annually; and (4) all costs of this action, including the $350.00 filing fee allowed pursuant to 28 U.S.C. § 2412(a)(2).

MONROE, LOUISIANA, this 16th day of September, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE